JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WILSON,<br>        Petitioner,<br>   vs.<br>SCOTT MCEWEN, Acting Warden,<br>        Respondent. | Case No. EDCV 11-0035-GHK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   12/19/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1