JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WILSON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>SCOTT MCEWEN, Acting Warden,<br><br>　　　　Respondent. | Case No. EDCV 11-0035-GHK (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   12/19/12

　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE